In the Matter of the Claim of BEATRICE B. RICE et al., Respondents, against CHARLES A. STONEHAM, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*Leo J. Bondy* and *Jonas N. Lewis* for appellant.

*Daniel Mungall* for claimants-respondents.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.